# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00935-CV

**In re Kailyn Andrews**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator petitions for writ of mandamus directed to a justice court for its orders dismissing Relator's suit, awarding attorneys' fees, and denying vacatur of the dismissal order. We lack jurisdiction to issue the writ against a justice court unless the writ is necessary to preserve our jurisdiction. *See* Tex. Gov't Code § 22.221; *In re Kottke*, No. 03-24-00764-CV, 2024 WL 4885837, at *1 (Tex. App.—Austin Nov. 26, 2024, orig. proceeding) (mem. op.). Relator has not argued or shown that mandamus is necessary here to preserve our jurisdiction. We thus lack jurisdiction to issue the writ here. *See Kottke*, 2024 WL 4885837, at *1. Having reviewed the petition and the record provided, we dismiss the petition for want of jurisdiction. *See* Tex. R. App. P. 52.8(a), (d); *Kottke*, 2024 WL 4885837, at *1.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Filed:  December 2, 2025